# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVON MOORE,** | : | **CIVIL ACTION** |
| *Plaintiff*, *pro se*, | : | |
| | : | **NO. 25-6899** |
| | : | |
| v. | : | |
| | : | |
| **GOBRANDS, INC.,** *et al.*, | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 17th day of December 2025, upon consideration of Defendants' *notice of removal from state court*, (ECF 1), Plaintiff's *motion to remand*, (ECF 4), and Defendant's letter, (ECF 9), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion for remand is **GRANTED**.  Accordingly, this action is **REMANDED** to the Philadelphia Court of Common Pleas, the court from which it was removed.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*